Ahmed Malachi ABDEL–AZIZ,
Petitioner–Appellant,

v.

Patricia R. STANSBERRY,
Respondent–Appellee.

No. 06–7604.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 21, 2006.

Decided Jan. 4, 2007.

Ahmed Malachi Abdel–Aziz, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ahmed Malachi Abdel–Aziz, a state prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Abdel–Aziz v. Stansberry,* Nos. 05:06–hc–02140–D; 7:00–cr–00075–F (E.D.N.C. Sept. 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*